IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re: Joyce Lovetta Bellamy ) Case No.: 21-81475-CRJ-7
SSN: xxx-xx-8133 )
)
Debtor. ) Chapter 7

## ORDER ON TRUSTEE'S APPLICATION TO EMPLOY
## REAL ESTATE PROFESSIONAL

This matter came before the Court for hearing upon the Application by Trustee to Employ Mickey Fowler and Fowler Auction and Real Estate Service, Inc. as Real Estate Professional (Doc. 21). After proper notice, a hearing was held on January 5, 2022, whereupon Kevin D. Heard appeared on behalf of the Debtor, Tazewell Shepard appeared on behalf of the Trustee, and Richard M. Blythe appeared on behalf of the Bankruptcy Administrator.

Upon consideration of the pleading, the recommendation of the Bankruptcy Administrator, and with no objections having been filed, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Trustee's Application to Employ Mickey Fowler and Fowler Auction and Real Estate Service, Inc. as Real Estate Professional is hereby **APPROVED**; and it is further

**ORDERED, ADJUDGED** and **DECREED** that Fowler Auction and Real Estate Service, Inc. shall be paid a 10% commission on the gross sale of all real property sold at auction and a 6% commission on the gross sale of all real property sold at private sale and limited to a maximum compensation of One Thousand Dollars ($1,000.00) for any services rendered at the proposed hourly rate of $200.00, unless otherwise Ordered by the Court for exceptional circumstances.

Dated this the 6th day of January, 2022.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Trustee